# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 5D23-3432
LT Case No. CF18-1362

————————————————

TYLER STOCKLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

————————————————

3.801 appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Tyler Stockley, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Mitchell
Sanders, Assistant Attorney General, Daytona Beach, for
Appellee.

February 6, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____